UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELIOT LEV,

    Plaintiff,

  v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA,

    Defendant.

No. C 20–08259 WHA

**ORDER GRANTING MOTION TO SEAL**

The parties jointly request to seal the administrative record after a voluntary dismissal with prejudice. The dismissal came before the filing of any dispositive motions. Allowing the administrative record to become public would require substantial work by the parties to redact personally-identifiable information from Lev's health records, though the case never advanced to a consideration of the administrative record. The public has little interest in accessing a record that never warranted consideration.

Good cause having been shown, the motion to seal the record is **GRANTED**.

**IT IS SO ORDERED.**

Dated: July 29, 2021

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE